AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of __Delaware__

Barbara Young and Kathryn Vitale
    Plaintiffs

v.

Catherine Shore
    Defendant

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 05-822

TO: (Name and address of Defendant)

Catherine Shore
5902 Highland Court
Wilmington, DE 19802-1733

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

William W. Erhart
800 King Street, Suite 302
Wilmington, DE 19801

an answer to the complaint which is served on you with this summons, within __twenty__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

PETER T. DALLEO
CLERK

_(signature)_
(By) DEPUTY CLERK

DATE: DEC 0 2 2005

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE 12/21/2005 @ 7:15 p.m. |
| NAME OF SERVER (PRINT) David W. Phillips | TITLE Special Process Server |

*Check one box below to indicate appropriate method of service*

[X] Served personally upon the defendant by serving  Catherine Shore, personally, 5902 Highland Court, Wilmington, DE 19802

40, F, W, 5'8", 150 pounds, blonde hair, no glasses

[ ] Left copies thereof at the defendant's house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were:

[ ] Returned unexecuted

[ ] Other (specify):

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United State of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   12/22/2005
              Date

*David W. Phillips* (signature)

David W. Phillips

O'ROURKE INVESTIGATIVE ASSOCIATES, INC.
1225 King Street, Suite 400
P. O. Box 368
Wilmington, DE 19899-0368

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure