IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| Barbara Young and Kathryn Vitale | : | |
| Plaintiffs, | : | C.A. No. 1:05-cv-822 (JJF) |
| v. | : | TRIAL BY JURY DEMANDED |
| Catherine Shore | : | |
| Defendant. | : | |

## BARBARA YOUNG'S ANSWER TO COUNTERCLAIM

30. Denied.

31. Denied.

WHEREFORE, Counter-claim defendant Barbara Young demands judgment in her favor with costs to be assessed against Defendant Catherine Shore.

          William W. Erhart, P.A.

By:   /s/William W. Erhart
      William W. Erhart, Esquire, #2116
      800 King Street, Suite 302
      Wilmington, DE 19801
      (302) 651-0113
      (302) 651-0331 (facsimile)
      erhartw@covad.net
      Attorney for Barbara Young

Date:   January 25, 2005