IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| Barbara Young <br> and Kathryn Vitale | : <br> : <br> : | |
| Plaintiffs, | : <br> : | C.A. No. 1:05-cv-822 (JJF) |
| v. | : <br> : | TRIAL BY JURY DEMANDED |
| Catherine Shore | : <br> : | |
| Defendant. | : | |

## CERTIFICATE OF SERVICE

This will certify that a copy of the attached foregoing has been served by William W. Erhart, Esquire upon the following counsel on

**FIRST CLASS MAIL to:**

Louis B. Ferrara, Esquire
Ferrara, Haley, Bevis & Collins
1716 Wawaset Street
PO Box 188
Wilmington, DE 19899-0188


                                                            William W. Erhart, P.A.

By:   /s/William W. Erhart
         William W. Erhart, Esquire, #2116
         800 King Street, Suite 302
         Wilmington, DE 19801
         (302) 651-0113
         (302) 651-0331 (facsimile)
         erhartw@covad.net
         Attorney for Barbara Young

Date:   January 25, 2005