# WILLIAM W. ERHART, P.A.

Attorney at Law
800 King Street, Suite 302
Wilmington, DE 19801

*Telephone: (302) 651-0113*
*Facsimile: (302) 651-0331*

**William W. Erhart**
**Laura Beth Taylor***                                                          **\*Admitted in NJ & PA**

February 24, 2006

The Honorable Joseph J. Farnan, Jr.
United States District Court
844 King Street
Lock Box 27
Wilmington, DE 19801

      Re:    Barbara Young, et. al. v. Catherine Shore
            C.A. 05-822 (JJF)

Dear Judge Farnan:

    I represent the plaintiffs in this personal injury/wrongful death case. I respectfully request that a scheduling conference be held at the Court's earliest convenience.

    Thank you for your consideration.

                  Respectfully yours,


                  /s/ William W. Erhart
                  William W. Erhart


WWE:rb

Xc: Michael A Pedicone, Esquire
     Louis B. Ferrara, Esquire