IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| BARBARA YOUNG, and<br>KATHRYN VITALE, | )<br>)<br>) | |
| Plaintiffs, | )<br>) | C.A. NO. 05-822 JJF |
| v. | )<br>) | |
| CATHERINE SHORE, | ) | TRIAL BY JURY DEMANDED |
| Defendant. | )<br>) | |

### ENTRY OF APPEARANCE

PLEASE ENTER the appearance of Michael A. Pedicone, Esquire, and Patrick G. Rock, Esquire, on behalf of BARBARA P. YOUNG, as counterdefendant. The Entry of Appearance shall not be considered to be a waiver of any jurisdictional defects in service upon this Defendant. This Defendant specifically reserves all rights to raise jurisdictional, or service, or statute of limitations defects which may be available.

        MICHAEL A. PEDICONE, P.A.

By: */s/ Michael A. Pedicone*
    Michael A. Pedicone, Esquire (No. 2424)

By: */s/Patrick G. Rock*
    Patrick G. Rock (No. 4632)
    109 W. 7th Street
    P.O. Box 1395
    Wilmington, DE 19899
    (302) 652-7850
    Attorneys for Barbara Young Counterdefendant

Dated: February 23, 2006

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| BARBARA YOUNG, and<br>KATHRYN VITALE, | )<br>)<br>) | |
| Plaintiffs, | ) | C.A. NO. 05-822 JJF |
| | ) | |
| v. | ) | |
| | ) | |
| CATHERINE SHORE, | ) | TRIAL BY JURY DEMANDED |
| | ) | |
| Defendant. | ) | |

## NOTICE OF SERVICE

I hereby certify that I have caused copies of the foregoing Entry of Appearance to be served via electronic filing and US mail on February 23, 2006, upon:

| | |
|---|---|
| William W. Erhart, Esquire<br>800 North King Street<br>Suite 302<br>Wilmington, DE 19801<br>(302) 651-0113<br>Attorney for Plaintiffs | Louis B. Ferrara, Esquire<br>Ferrara, Hayley, Bevis & Solomon<br>1716 Wawaset Street<br>P.O. Box 188<br>Wilmington, DE 19899-0188<br>(302) 656-7247<br>Attorney for Defendant |

MICHAEL A. PEDICONE, P.A.

By: _/s/ Michael A. Pedicone_
    Michael A. Pedicone, Esquire (No. 2424)

By: _/s/Patrick G. Rock_
    Patrick G. Rock, Esquire (No. 4632)
    109 W. 7th Street
    P.O. Box 1395
    Wilmington, DE 19899
    (302) 652-7850
    Attorneys for Barbara Young Counterdefendant

Dated:   February 23, 2006