IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| BARBARA YOUNG, and<br>KATHRYN VITALE, | )<br>)<br>) | |
| Plaintiffs, | ) | C.A. NO. 05-822 JJF |
| | ) | |
| v. | ) | |
| | ) | |
| CATHERINE SHORE, | ) | TRIAL BY JURY DEMANDED |
| | ) | |
| Defendant. | ) | |

## ANSWER OF BARBARA YOUNG TO COUNTERCLAIM

30. Denied.

31. Denied.

WHEREFORE, counterdefendant Barbara Young demands judgment in her behalf plus costs.

## AFFIRMATIVE DEFENSES

32. The claim of Kathryn Vitale is barred pursuant to the Delaware Wrongful Death Act which requires that there shall be only one cause of action for the benefit of the estate and survivors and such action has been filed in Superior Court in New Castle County, Delaware.

WHEREFORE, counterdefendant Barbara Young demands judgment in her behalf plus costs.

MICHAEL A. PEDICONE, P.A.

By: /s/ Michael A. Pedicone
Michael A. Pedicone, Esquire (No. 2424)
109 W. 7th Street
P.O. Box 1395
Wilmington, DE 19899
(302) 652-7850
Mikepedicone@verizon.net

Dated: March 17, 2006              Attorney for Barbara Young Counterdefendant

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| BARBARA YOUNG, and<br>KATHRYN VITALE, | )<br>)<br>) | |
| Plaintiffs, | ) | C.A. NO.  05-822 JJF |
| | ) | |
| v. | ) | |
| | ) | |
| CATHERINE SHORE, | ) | TRIAL BY JURY DEMANDED |
| | ) | |
| Defendant. | ) | |

## *NOTICE OF SERVICE*

I hereby certify that I have caused copies of the foregoing Answer of Barbara Young to Counterclaim to be served via electronic filing and US mail on March 17, 2006, upon:

| | |
|---|---|
| William W. Erhart, Esquire<br>800 North King Street<br>Suite 302<br>Wilmington, DE 19801<br>(302) 651-0113<br>erhartw@covad.net<br>Attorney for Plaintiffs | Louis B. Ferrara, Esquire<br>Ferrara, Hayley, Bevis & Solomon<br>1716 Wawaset Street<br>P.O. Box 188<br>Wilmington, DE 19899-0188<br>(302) 656-7247<br>lferrara@ferraralaw.net<br>Attorney for Defendant |

MICHAEL A. PEDICONE, P.A.

By:   */s/ Michael A. Pedicone*
      Michael A. Pedicone, Esquire (No. 2424)
      109 W. 7th Street
      P.O. Box 1395
      Wilmington, DE 19899
      (302) 652-7850
      Mikepedicone@verizon.net
      Attorney for Barbara Young Counterdefendant

Dated:   March 17, 2006