**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| Barbara Young and Kathryn Vitale | : | |
| | : | |
| Plaintiffs, | : | C.A. No. 1:05-cv-822 (JJF) |
| | : | |
| v. | : | TRIAL BY JURY DEMANDED |
| | : | |
| Catherine Shore | : | |
| | : | |
| Defendant. | : | |

**INITIAL DISCLOSURES OF THE PLAINTIFFS PURSUANT TO**
**FED. R. CIV. P. 26 (a)(1)**

Pursuant to Federal Rule of Civil Procedure 16 (a)(1), Plaintiff makes the following disclosures, reasonably known to her at this time. Plaintiff reserves the right to modify these disclosures as additional information may become known.

**A: Individuals likely to have discoverable information.**

Barbara P. Young
102 clover Hill Road
Millington, NJ 07946

Ms. Kathleen Y. Vitale
4416 East Range Place
Cave Creek, AZ 85331

Cpl Thomas Mason, Sr. # 2272 DSU
New Castle County Police Department
3601 N. DuPont Highway, Minquadale
New Castle, DE 19720

Ofc Charles Dulin
New Castle County Police Department
3601 N. DuPont Highway, Minquadale
New Castle, DE 19720

Corporal H. J. Brown
Newport Police Department
226 N. James Street
Newport, DE 19804

Dr. Kathleen O'Connell
Associates in Rehabilitation
95 Mount Kemble Avenue
Morristown, NJ 07960

Dr. Douglas Palma
First State Orthopaedics
4745 Ogletown-Stanton Road
Suite 225
Newark, DE 19713


Dr. Ananth P. Nasha
4755 Ogletown Stanton Road
Newark, DE 19713

Catherine L. Shore
5902 Highland Court
Paladin Club
Wilmington, DE 19802

Marianne Kamm
119 W. Netherfield Drive
Wilmington, DE 19804

Raymond Kamm
1105 Terminal Way
Reno, NV 099502 (sic)

Todd Weaver J. Weaver
19 Ricci Lane
Newark, DE 19702


**B. Documents and things in possession and control of Plaintiff that may be used to support its claims.**

Medical Records of Barbara Young

Medical invoices of Barbara Young

Medical Records of Donald Young

Medical Invoices of Donald Young

Police reports dated 12/13/03; 12/15/03 and 1/15/04

**C. Computation of damages.**

The medical invoices of Barbara Young are a category of special damages

The medical records of Barbara Young bear on the nature and extent of injuries suffered.

The medical records of Donald Young bear on the nature and extent of injuries suffered.

**D. Any insurance agreement liable to satisfy a judgment.**

On information and belief, State Farm Mutual Automobile Insurance may provide insurance coverage for any judgment rendered.

        William W. Erhart, P.A.

By:  /s/William W. Erhart
William W. Erhart, Esquire, #2116
800 King Street, Suite 302
Wilmington, DE 19801
(302) 651-0113
(302) 651-0331 (facsimile)
erhartw@covad.net
Attorney for Plaintiffs

Date:  March 27, 2006