IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| Barbara Young<br>and Kathryn Vitale | : | Case No.: 05-822 JJF |
| Plaintiffs, | : | TRIAL BY JURY DEMANDED |
| v. | : | |
| Catherine Shore | : | |
| Defendant. | : | |

**CERTIFICATE OF SERVICE**

This will certify that a copy of the attached foregoing **Defendant's Pre-Discovery Disclosures Pursuant to Federal Rules of Civil Procedure 26(a)(1)** has been served by Louis B. Ferrara, Esquire upon the following counsel:

> William W. Erhart, Esquire
> William W. Erhart, P.A.
> 800 King Street, Suite 302
> Wilmington, DE 19801

> FERRARA, HALEY, BEVIS & COLLINS
>
> /s/ Louis B. Ferrara
> Louis B. Ferrara (I.D. #146)
> 1716 Wawaset Street
> P.O. Box 188
> Wilmington, DE 19899
> (302) 656-7247
> Attorney for Defendant

Dated: March 23, 2006