IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| Barbara Young<br>and Kathryn Vitale | : | |
| | : | |
| Plaintiffs, | : | C.A. No. 1:05-cv-822 (JJF) |
| | : | |
| v. | : | TRIAL BY JURY DEMANDED |
| | : | |
| Catherine Shore | : | |
| | : | |
| Defendant. | : | |

**MOTION FOR DISQUALIFICATION AND TO STRIKE AFFIRMATIVE DEFENSE**

Plaintiff Barbara Young, through William W. Erhart, Esquire, hereby moves this Honorable Court to disqualify Michael A Mr. Pedicone, Esquire and the firm of Michael A. Pedicone, P.A. and to strike the affirmative defense contained in the March 17, 2006 (D.I. 11). Michael Pedicone has violated several of the Delaware Rules of Professional Conduct by not communicating strategic decisions to his client, raising an affirmative defense which could be a defense to his own client's case and not informing her as to the potential ramifications of that defense, and by representing Mrs. Young while being paid by Allstate Insurance Co., a third party, while not maintaining his independent judgment on behalf of Young. Reasoning thereof is more fully set out in the brief accompanying this motion.

          William W. Erhart, P.A.

By:   /s/William W. Erhart
       William W. Erhart, Esquire, #2116
       800 King Street, Suite 302
       Wilmington, DE 19801
       (302) 651-0113
       (302) 651-0331 (facsimile)
       erhartw@covad.net
       Attorney for Barbara Young

Date:  May 26, 2006