IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| Barbara Young and Kathryn Vitale | : | |
| Plaintiffs, | : | C.A. No. 1:05-cv-822 (JJF) |
| v. | : | TRIAL BY JURY DEMANDED |
| Catherine Shore | : | |
| Defendant. | : | |

**RULE 7.1.1 CERTIFICATION**

I, William W. Erhart, state that I made a reasonable effort to reach agreement with opposing counsel on the matters set forth in the motion by writing to Michael A. Pedicone, Esquire on March 19, 2006 and April 26, 2006.

      /s/ William W. Erhart
      William W. Erhart (#2116)

Date: May 26, 2006

1