IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| Barbara Young<br>and Kathryn Vitale | : | |
| | : | |
| Plaintiffs, | : | C.A. No. 1:05-cv-822 (JJF) |
| | : | |
| v. | : | TRIAL BY JURY DEMANDED |
| | : | |
| Catherine Shore | : | |
| | : | |
| Defendant. | : | |

**CERTIFICATE OF SERVICE**

This will certify that a copy of Barbara Young's Opening Brief in Support of her Motion to Disqualify and Strike has been served by William W. Erhart, Esquire upon the following counsel by

**ELECTRONIC FILING**

Louis B. Ferrara, Esquire
Ferrara, Haley, Bevis & Collins
1716 Wawaset Street
PO Box 188
Wilmington, DE 19899-0188

Michael A. Pedicone
109 W. 7th Street
PO Box 1395
Wilmington, DE 19899-1395

                                                      William W. Erhart, P.A.

By:    /s/William W. Erhart
            William W. Erhart, Esquire, #2116
            800 King Street, Suite 302
            Wilmington, DE 19801
            (302) 651-0113
            (302) 651-0331 (facsimile)
            erhartw@covad.net
            Attorney for Barbara Young

Date:   May 26, 2006