IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| Barbara Young<br>and Kathryn Vitale | : <br> : <br> : | |
| Plaintiffs, | : <br> : | C.A. No. 1:05-cv-822 (JJF) |
| v. | : <br> : | TRIAL BY JURY DEMANDED |
| Catherine Shore | : <br> : | |
| Defendant. | : | |

**CERTIFICATE OF SERVICE**

This will certify that a copy of Barbara Young's Appendix for her Opening Brief in Support of her Motion to Disqualify and Strike has been served by William W. Erhart, Esquire upon the following counsel by

**ELECTRONIC FILING**

Louis B. Ferrara, Esquire
Ferrara, Haley, Bevis & Collins
1716 Wawaset Street
PO Box 188
Wilmington, DE 19899-0188

Michael A. Pedicone
109 W. 7th Street
PO Box 1395
Wilmington, DE 19899-1395

        William W. Erhart, P.A.

By:   /s/William W. Erhart
        William W. Erhart, Esquire, #2116
        800 King Street, Suite 302
        Wilmington, DE 19801
        (302) 651-0113
        (302) 651-0331 (facsimile)
        erhartw@covad.net
        Attorney for Barbara Young

Date: May 26, 2006