**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| Barbara Young and Kathryn Vitale | : : : | |
| Plaintiffs, | : : | C.A. No. 1:05-cv-822 (JJF) |
| v. | : : | TRIAL BY JURY DEMANDED |
| Catherine Shore | : : | |
| Defendant. | : | |

**ORDER FOR DISQUALIFICATION AND TO STRIKE AFFIRMATIVE DEFENSE**

Having considered the briefs, submissions and arguments of the parties and being fully advised thereof, it is hereby ORDERED that:

1. Michael A. Pedicone, is hereby disqualified from representing Barbara Young in this action;

2. The law firm of Michael A. Pedicone, P.A. is hereby disqualified from representing Barbara Young in this action; and

3. The affirmative defense raised in the Answer of March 17, 2006 (D.I. 11) is hereby struck.

_____
UNITED STATES DISTRICT JUDGE

Date: