IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| BARBARA YOUNG, and<br>KATHRYN VITALE, | )<br>)<br>) | |
| Plaintiffs, | ) | C.A. NO. 05-822 JJF |
| | ) | |
| v. | ) | |
| | ) | |
| CATHERINE SHORE, | ) | TRIAL BY JURY DEMANDED |
| | ) | |
| Defendant. | ) | |

### RESPONSE TO MOTION FOR DISQUALIFICATION
### AND TO STRIKE AFFIRMATIVE DEFENSE

Pursuant to Local Rule 7.1.2, Michael Pedicone hereby waives his right to file a brief.

1. Michael Pedicone, as attorney for Barbara Young as counterdefendant, hereby withdraws the affirmative defense raised in the Amended Answer. This withdrawal is based on a re-evaluation of the prior claim and a decision that the prior claim was not a wrongful death claim and, therefore, the defense is inappropriate.

2. Michael Pedicone submits that his only interest in this matter is the protection of Barbara Young's assets from a counterclaim for contribution and that he made his best effort to obtain cooperation from her prior to filing the Amended Answer but was unsuccessful.

3. Michael Pedicone submits that it would be a conflict of interest for him to have considered Barbara Young's affirmative claims in deciding how to defend the claims against her.

4. As far as the disqualification issue, Michael Pedicone denies that he should be disqualified as having a conflict of interest but he is prepared to abide by the ruling of the Court.

WHEREFORE, Michael Pedicone withdraws the affirmative defense but denies that he should be disqualified as counsel.

                MICHAEL A. PEDICONE, P.A.

By: */s/ Michael A. Pedicone*
    Michael A. Pedicone, Esquire (No. 2424)
    109 W. 7th Street
    P.O. Box 1395
    Wilmington, DE 19899
    (302) 652-7850
    Attorney for Barbara Young Counterdefendant

Dated:   June 8, 2006

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| BARBARA YOUNG, and<br>KATHRYN VITALE, | )<br>)<br>) | |
| Plaintiffs, | ) | C.A. NO. 05-822 JJF |
| | ) | |
| v. | ) | |
| | ) | |
| CATHERINE SHORE, | ) | TRIAL BY JURY DEMANDED |
| | ) | |
| Defendant. | ) | |

### *CERTIFICATION PURSUANT TO DELAWARE LOCAL RULE 7.1.2*

Michael Pedicone, on behalf of counterdefendant Barbara Young, hereby waives the right to file a brief in this matter.

                                      */s/ Michael A. Pedicone*
                                      Michael A. Pedicone (No. 2424)

Dated:   June 8, 2006

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| BARBARA YOUNG, and<br>KATHRYN VITALE, | )<br>)<br>) | |
| Plaintiffs, | )<br>) | C.A. NO. 05-822 JJF |
| v. | )<br>)<br>) | |
| CATHERINE SHORE, | )<br>) | TRIAL BY JURY DEMANDED |
| Defendant. | )<br>) | |

### *CERTIFICATE OF SERVICE*

I hereby certify that I have caused copies of the foregoing Response to Motion For Disqualification and to Strike Affirmative Defense to be served via electronic filing and US mail on June 8, 2006, upon:

| | |
|---|---|
| William W. Erhart, Esquire<br>800 North King Street<br>Suite 302<br>Wilmington, DE 19801<br>(302) 651-0113<br>Attorney for Plaintiffs | Louis B. Ferrara, Esquire<br>Ferrara, Hayley, Bevis & Solomon<br>1716 Wawaset Street<br>P.O. Box 188<br>Wilmington, DE 19899-0188<br>(302) 656-7247<br>Attorney for Defendant |

MICHAEL A. PEDICONE, P.A.

By: */s/ Michael A. Pedicone*
Michael A. Pedicone, Esquire (No. 2424)
109 W. 7th Street
P.O. Box 1395
Wilmington, DE 19899
(302) 652-7850
Attorney for Barbara Young Counterdefendant

Dated: June 8, 2006