IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| Barbara Young and Kathryn Vitale | : : : | |
| Plaintiffs, | : : | C.A. No. 1:05-cv-822 (JJF) |
| v. | : : | TRIAL BY JURY DEMANDED |
| Catherine Shore | : : | |
| Defendant. | : | |

### CERTIFICATE OF SERVICE

This will certify that a copy of Barbara Young's Reply Brief in Support of her Motion to Disqualify Counsel has been served by William W. Erhart, Esquire upon the following counsel by

**ELECTRONIC FILING**

Louis B. Ferrara, Esquire
Ferrara, Haley, Bevis & Collins
1716 Wawaset Street
PO Box 188
Wilmington, DE 19899-0188

Michael A. Pedicone
109 W. 7th Street
PO Box 1395
Wilmington, DE 19899-1395

        William W. Erhart, P.A.

By:   /s/William W. Erhart
      William W. Erhart, Esquire, #2116
      800 King Street, Suite 302
      Wilmington, DE 19801
      (302) 651-0113
      (302) 651-0331 (facsimile)
      erhartw@covad.net
      Attorney for Barbara Young

Date:   June 16, 2006