# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| Barbara Young<br>and Kathryn Vitale | : | |
| | : | |
| Plaintiffs, | : | C.A. No. 1:05-cv-822 (JJF) |
| | : | |
| v. | : | TRIAL BY JURY DEMANDED |
| | : | |
| Catherine Shore | : | |
| | : | |
| Defendant. | : | |

## CERTIFICATE OF SERVICE

This will certify that one copy of the Plaintiff Barbara Young's Request for Production Directed to Defendant Catherine Shore has been served by William W. Erhart, Esquire upon the following counsel on

**HAND DELIVERY to:**

Louis B. Ferrara, Esquire
Ferrara, Haley, Bevis & Collins
1716 Wawaset Street
PO Box 188
Wilmington, DE 19899-0188

Michael A. Pedicone
109 W. 7th Street
PO Box 1395
Wilmington, DE 19899-1395

        William W. Erhart, P.A.

By: /s/William W. Erhart
     William W. Erhart, Esquire, #2116
     800 King Street, Suite 302
     Wilmington, DE 19801
     (302) 651-0113
     (302) 651-0331 (facsimile)
     erhartw@covad.net
     Attorney for Barbara Young

Date: July 7, 2006