IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| Barbara Young<br>and Kathryn Vitale | : | |
| | : | |
| Plaintiffs, | : | C.A. No. 1:05-cv-822 (JJF) |
| | : | |
| v. | : | TRIAL BY JURY DEMANDED |
| | : | |
| Catherine Shore | : | |
| | : | |
| Defendant. | : | |

**CERTIFICATE OF SERVICE**

This will certify that two copies of the Plaintiff Barbara Young's Interrogatories Directed to Defendant Catherine Shore has been served by William W. Erhart, Esquire upon the following counsel

**BY HAND DELIVERY:**

Louis B. Ferrara, Esquire
Ferrara, Haley, Bevis & Collins
1716 Wawaset Street
PO Box 188
Wilmington, DE 19899-0188

Michael A. Pedicone
109 W. 7th Street
PO Box 1395
Wilmington, DE 19899-1395

                                            William W. Erhart, P.A.

By:   /s/William W. Erhart
        William W. Erhart, Esquire, #2116
        800 King Street, Suite 302
        Wilmington, DE 19801
        (302) 651-0113
        (302) 651-0331 (facsimile)
        erhartw@covad.net
        Attorney for Barbara Young

Date:   July 7, 2006