IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| BARBARA YOUNG and KATHRYN VITALE, | : | |
| Plaintiffs, | : | |
| v. | : | Civil Action No. 05-822-JJF |
| CATHERINE SHORE, | : | |
| Defendant. | : | |

## ORDER

Pending before the Court is Plaintiff's Motion For Disqualification And To Strike Affirmative Defense (D.I. 17). In response, Counsel elected to waive his right to file a brief pursuant to Local Rule 7.1.2 concerning the disqualification issues. Additionally, Counsel withdrew the affirmative defense he had raised in the Amended Answer (D.I. 11), which is the subject of the instant Motion.

In further response, Counsel asserts that his only interest in this matter is the protection of the assets of Plaintiff from Defendant's counterclaim. From the briefs submitted, the Court understands that a separate state court action arising from the same car accident is pending. The Court finds the issues here are somewhat complicated by the circumstances of the two litigations. Further, the Court credits counsel's representation of acting in good faith and in the best interests of Plaintiff. However, to avoid any further concerns Plaintiff may entertain regarding Counsel's representation of her, the Court will **GRANT**

Plaintiff's Motion For Disqualification And To Strike Affirmative Defense (D.I. 17) and disqualify counsel for Plaintiff with regard to his representation of Plaintiff concerning Defendant's counterclaim.

So Ordered.

July 25, 2006

_____
UNITED STATES DISTRICT JUDGE