IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BARBARA YOUNG, and<br>KATHRYN VITALE,<br><br>    Plaintiffs,<br><br>v.<br><br>CATHERINE SHORE,<br><br>    Defendants. | )<br>)<br>)   C.A. NO.: 05-822 JJF<br>)<br>)<br>)<br>)<br>)   TRIAL BY JURY DEMANDED<br>)<br>)<br>)<br>) |

*ENTRY OF APPEARANCE*

    PLEASE ENTER the appearance of Arthur D. Kuhl, Esquire, on behalf of the counter-defendant Barbara Young.

    REGER RIZZO KAVULICH & DARNALL LLP

    By: /s/ Arthur D. Kuhl, Esquire
    Arthur D. Kuhl, Esquire # 3405
    1001 Jefferson Street Plaza, Suite 202
    Wilmington DE 19801
    302-652-3611

Dated: August 21, 2006    Attorney for Counter-Defendant
    Barbara Young