IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BARBARA YOUNG, and <br> KATHRYN VITALE, <br><br> Plaintiffs, <br><br> v. <br><br> CATHERINE SHORE, <br><br> Defendants. | ) <br> ) <br> )  C.A. NO.: 05-822 JJF <br> ) <br> ) <br> ) <br> )  TRIAL BY JURY DEMANDED <br> ) <br> ) <br> ) |

### NOTICE OF SERVICE

I certify that I have caused copies of the foregoing Entry of Appearance to be served by E filing service on August 21, 2006 upon:

William W. Erhart, Esquire
800 King Street, Suite 302
Wilmington DE 19801
Attorney for Plaintiff

Louis B. Ferrara, Esquire
1716 Wawaset Street
P.O. Box 188
Wilmington DE 19899
Attorney for Defendant

REGER RIZZO KAVULICH & DARNALL LLP

By : /s/ Arthur D. Kuhl, Esquire
Arthur D. Kuhl, Esquire, # 3405
1001 Jefferson Street
Suite 202
Wilmington DE 19801
302-652-3611
Attorney for Counter Defendant
Barbara Young