# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| Barbara Young<br>and Kathryn Vitale | : | Case No.: 1:05-cv-822 (JJF) |
| | : | |
| Plaintiffs, | : | TRIAL BY JURY DEMANDED |
| | : | |
| v. | : | |
| | : | |
| Catherine Shore, | : | |
| | : | |
| Defendant. | : | |

## ENTRY OF APPEARANCE

PLEASE ENTER THE APPEARANCE of Patrick J. Collins, Esquire as co-counsel for

Defendant, Catherine Shore.

FERRARA, HALEY, BEVIS & COLLINS

By:    /s/ Patrick J. Collins

Patrick J. Collins, Esquire (I.D. #4692)
1716 Wawaset Street
P.O. Box 188
Wilmington, DE  19899-0188
(302) 656-7247
(302) 656-8053 (facsimile)
pcollins@ferraralaw.net
Co-Counsel for Defendant Catherine Shore

Dated:  August 23, 2006

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

Barbara Young                          :
and Kathryn Vitale                     :          Case No.:  1:05-cv-822 (JJF)
                                       :
          Plaintiffs,                  :          TRIAL BY JURY DEMANDED
                                       :
     v.                                :
                                       :
Catherine Shore                        :
                                       :
          Defendant.                   :

## CERTIFICATE OF SERVICE

This will certify that a copy of the foregoing **Entry of Appearance of Patrick J. Collins as co-counsel for Defendant Catherine Shore** has been served by Patrick J. Collins, Esquire upon the following counsel:

> William W. Erhart, Esquire
> William W. Erhart, P.A.
> 800 King Street, Suite 302
> Wilmington, DE  19801
>
> Michael A. Pedicone, Esquire
> 109 W. 7th Street
> P.O. Box 1395
> Wilmington, DE  19899-1395

> FERRARA, HALEY, BEVIS & COLLINS

> /s/ Patrick J. Collins
> Patrick J. Collins, Esquire (I.D. #4692)
> 1716 Wawaset Street
> P.O. Box 188
> Wilmington, DE  19899
> (302) 656-7247
> (302) 656-8053 (facsimile)
> pcollins@ferraralaw.net
> Co-Counsel for Defendant

Dated:  8/23/06