IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| Barbara Young and Kathryn Vitale | : | Case No.: 05-822 JJF |
| Plaintiffs, | : | TRIAL BY JURY DEMANDED |
| v. | : | |
| Catherine Shore | : | |
| Defendant. | : | |

### CERTIFICATE OF SERVICE

This will certify that one copy each of the Defendant Catherine Shore's Answers to Plaintiff Barbara Young's Interrogatories Directed to Defendant and Request for Production Directed to Defendant have been served by Louis B. Ferrara, Esquire upon the following counsel:

**BY HAND DELIVERY to:**
William W. Erhart, Esquire
William W. Erhart, P.A.
800 King Street, Suite 302
Wilmington, DE  19801

Arthur D. Kuhl, Esquire
Reger Rizzo Kavulich & Darnall LLP
1001 N. Jefferson Street, Suite 202
Wilmington, DE  19801

FERRARA, HALEY, BEVIS & COLLINS

/s/ Louis B. Ferrara
Louis B. Ferrara (I.D. #146)
1716 Wawaset Street
P.O. Box 188
Wilmington, DE  19899-0188
(302) 656-7247
(302) 656-8053
lferrara@ferraralaw.net
Attorney for Defendant Catherine Shore

Dated: 8/24/06