IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| Barbara Young<br> and Kathryn Vitale | : | |
| | : | |
| Plaintiffs, | : | C.A. No. 1:05-cv-822 (JJF) |
| | : | |
| v. | : | TRIAL BY JURY  DEMANDED |
| | : | |
| Catherine Shore | : | |
| | : | |
| Defendant. | : | |

NOTICE OF DEPOSITION

Please take notice that the recorded deposition of Raymond Kamm will take place on Thursday September 14, 2006 at 12:00 p.m. in the office of William W. Erhart, located at 800 King Street, Suite 302 in Wilmington, DE 19801.

WILLIAM W. ERHART, P.A.

/s/ William W. Erhart
William W. Erhart (#2116)
800 King Street, Suite 302
Wilmington, DE 19801
(302) 651-0113

Date: August 30, 2006                Attorney for Barbara Young


cc:    Wilcox & Fetzer
       Ms. Barbara Young

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| Barbara Young<br> and Kathryn Vitale | : | |
| | : | |
| Plaintiffs, | : | C.A. No. 1:05-cv-822 (JJF) |
| | : | |
| v. | : | TRIAL BY JURY DEMANDED |
| | : | |
| Catherine Shore | : | |
| | : | |
| Defendant. | : | |

**CERTIFICATE OF SERVICE**

This will certify that a copy of the Notice of Deposition of has been served by William W. Erhart, Esquire upon the following counsel on August 30, 2006.

BY FIRST CLASS MAIL to:

Louis B. Ferrara, Esquire
Ferrara, Haley, Bevis & Collins
1716 Wawaset Street
PO Box 188
Wilmington, DE 19899-0188

Arthur Kuhl, Esquire
Reger Rizzo Kavulich & Darnall, LLP
1001 Jefferson Plaza Suite 202
Wilmington, DE 19801

WILLIAM W. ERHART, P.A.

/s/ William W. Erhart
William W. Erhart, (#2116)
800 King Street, Suite 302
Wilmington, DE 19801
(302) 651-0113
Attorney for Barbara Young