IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| Barbara Young and Kathryn Vitale | : : : | Case No.: 1:05-cv-822 (JJF) |
| Plaintiffs, | : : | TRIAL BY JURY DEMANDED |
| v. | : : | |
| Catherine Shore, | : : | |
| Defendant. | : | |

## NOTICE OF DEPOSITION

PLEASE TAKE NOTICE that the oral deposition of Barbara Young will take place on Wednesday, November 1, 2006 at 4:30 p.m. in the office of Louis B. Ferrara, Esquire, located at 1716 Wawaset Street, Wilmington, Delaware 19806.

FERRARA, HALEY, BEVIS & COLLINS

/s/ Patrick J. Collins
Louis B. Ferrara (I.D. #146)
Patrick J. Collins (I.D. #4692)
1716 Wawaset Street
Wilmington, DE 19806
Attorney for Defendant Catherine Shore

Dated: September 20, 2006

cc:   Wilcox & Fetzer

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| Barbara Young<br>and Kathryn Vitale | : | Case No.: 1:05-cv-822 (JJF) |
| Plaintiffs, | : | TRIAL BY JURY DEMANDED |
| v. | : | |
| Catherine Shore, | : | |
| Defendant. | : | |

## CERTIFICATE OF SERVICE

This will certify that two copies of the Notice of Deposition of Barbara Young have been served by first class mail by Louis B. Ferrera, Esquire upon the following counsel on September 20, 2006.

>William W. Erhart, Esquire
>William W. Erhart, P.A.
>800 King Street, Suite 302
>Wilmington, DE  19801
>
>Arthur D. Kuhl, Esquire
>Reger Rizzo Kavulich & Darnall, LLP
>1001 N. Jefferson Street, Suite 202
>Wilmington, DE  19801

>FERRARA, HALEY, BEVIS & COLLINS
>
>/s/ Patrick J. Collins
>Louis B. Ferrara (I.D. #146)
>Patrick J. Collins (I.D. #4692)
>1716 Wawaset Street
>Wilmington, DE  19806
>Attorney for Defendant Catherine Shore