## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| Barbara Young<br> and Kathryn Vitale | : | |
| | : | |
| Plaintiffs, | : | C.A. No. 1:05-cv-822 (JJF) |
| | : | |
| v. | : | TRIAL BY JURY DEMANDED |
| | : | |
| Catherine Shore | : | |
| | : | |
| Defendant. | : | |

### CERTIFICATE OF SERVICE

This will certify that a copy of Plaintiff Barbara Young's Response to Defendant's Request for Production has been served by William W. Erhart, Esquire upon the following counsel on October 2, 2006.

BY UNITED STATES MAIL

Louis B. Ferrara, Esquire
Ferrara, Haley, Bevis & Collins
1716 Wawaset Street
PO Box 188
Wilmington, DE 19899-0188

Arthur Kuhl, Esquire
Reger Rizzo Kavulich & Darnall, LLP
1001 Jefferson Plaza Suite 202
Wilmington, DE 19801

/s/ William W. Erhart
William W. Erhart (#2116)
WILLIAM W. ERHART, P.A.
800 King Street, Suite 302
Wilmington, DE 19801
302-651-0113
Attorney for Plaintiff