**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| Barbara Young and Kathryn Vitale | : |
| Plaintiffs, | : C.A. No. 1:05-cv-822 (JJF) |
| v. | : TRIAL BY JURY DEMANDED |
| Catherine Shore | : |
| Defendant. | : |

**<u>ORDER</u>**

Having considered the status letters filed by the parties as requested at the March 8, 2007 Pre-trial Conference:

IT IS ORDERED that:

The trial currently scheduled for October 15, 2007 is adjourned;

Counsel shall promptly inform this Court of the State court decision on the motion for new trial in Angelo Cuonzo, Administrator for the Estate of Donald Young v. Catherine Shore, et. al. C.A. No.: 05C-12-099 RCC, in the Superior Court of the State of Delaware for New Castle County promptly upon its disposition; and

Submit a status letter to the Court within ninety days of the date of this Order if the State court motion has not been decided.

_____    _____
DATE                                                                   UNITED STATES DISTRICT JUDGE