# FERRARA HALEY BEVIS & COLLINS
### ATTORNEYS AT LAW

LOUIS B. FERRARA, P.A.
JAMES J. HALEY, JR.
ANTONIA S. BEVIS*
PATRICK J. COLLINS*
*ALSO ADMITTED IN PA

1716 WAWASET STREET
P.O. BOX 188
WILMINGTON, DELAWARE 19899
(302) 656-7247    TELEPHONE
(302) 656-8053    TELECOPIER

August 27, 2007

The Honorable Joseph J. Farnan, Jr.
United States District Court
844 North King Street
Lock Box 27
Wilmington, DE  19801

      Re:    Barbara Young and Kathyrn Vitale v. Catherine Shore
            Case No. 05-822 JJF

Dear Judge Farnan:

The above-captioned case is currently scheduled before Your Honor beginning on October 15, 2007. As you will recall, there was a State action pending at the time of the pretrial conference. That trial took place on June 18, 19, and 20. The result of that trial was that the jury found Catherine Shore was not negligent.

Interestingly, in a second interrogatory on the special verdict sheet the jury concluded that Barbara Young was not negligent either. The issue of her negligence was not terribly germane to the case since it was made known to the jury that she had already settled her portion of the claim. Following the verdict, Plaintiff's counsel filed for a new trial which is pending before Judge Cooch. Therefore, despite the jury's finding of no negligence on Catherine Shore there is still no final disposition.

I am writing to the Court in order to determine what Your Honor believes should be the appropriate next step. It seems that having a trial in this matter may be duplicating judicial efforts especially if Plaintiff is unsuccessful in obtaining a new trial. I will be available to discuss this by way of office conference or teleconference at Your Honor's convenience.

Respectfully submitted,

Louis B. Ferrara

LBF/kab
Xc:   William Erhart, Esquire
      Bruce Hudson, Esquire
      Matt Hargrove, Claim No. 08-5109-680

FERRARA HALEY BEVIS & COLLINS
ATTORNEYS AT LAW
1716 WAWASET STREET
P.O. BOX 188
WILMINGTON, DELAWARE 19899

**ADDRESS SERVICE REQUESTED**

WILMINGTON DE 197

18 SEP 2007 PM 1 T

USA First-Class

U.S.M.S.
X-RAY

Clerk of the Court
United States District Court
844 N. King Street
Wilmington, DE 19801

ATTN: LUCY       FILED

SEP 2 6 2007

19480143570