# WILLIAM W. ERHART, P.A.
Attorney at Law
800 King Street, Suite 302
Wilmington, DE 19801

*Telephone: (302) 651-0113*
*Facsimile: (302) 651-0331*

December 13, 2007

The Honorable Joseph J. Farnan, Jr.
United States District Court
844 King Street
Lock Box 27
Wilmington, DE 19801

    Re:    Barbara Young, et. al. v. Catherine Shore
               C.A. 05-822 (JJF)

Dear Judge Farnan:

    In your adjournment order for the above case, you requested a status letter in ninety days regarding the Motion for New Trial which is pending in the parallel State Court action. In the State court action, neither defendant Catherine Shore nor Barbara Young were found negligent in an intersection collision where one of them had to disregard a traffic light. Plaintiff filed a motion for new trial based, in part, on the inconsistency. Since there was collateral estoppel with regard to one plaintiff in this case, but not the other, an adjournment was agreed upon by the parties and entered as an order by Your Honor.

    Judge Cooch heard oral argument on the State Court Motion for New Trial on November 26, 2007 and reserved decision. At Judge Cooch's suggestion, the parties made another effort at settlement, but were unable to reach an agreement.

    Under Superior Court internal operating procedures, Judge Cooch should render a decision within ninety days of November 26th. I will submit another status letter to the Court at that time or ninety days from the date of this letter.

                                                  Respectfully yours,

                                                  /s/ William W. Erhart
                                                  William W. Erhart

Xc: Louis B. Ferrara, Esquire (via efile)
     Arthur D. Kuhl, Esquire (via efile)
     Ronald Hartnett, Esquire (via efile)