# WILLIAM W. ERHART, P.A.
Attorney at Law
800 King Street, Suite 302
Wilmington, DE 19801

*Telephone: (302) 651-0113*
*Facsimile: (302) 651-0331*

April 9, 2008

The Honorable Joseph J. Farnan, Jr.
United States District Court
844 King Street
Lock Box 27
Wilmington, DE 19801

    Re:    Barbara Young and Kathryn Vitale v. Catherine Shore
            C.A. 05-822 (JJF)

Dear Judge Farnan:

    In your adjournment order for the above case for personal injuries and wrongful death, you requested this status letter every ninety days regarding the parallel State Court action.

    In the State Court action, where the Estate of Donald Young was Plaintiff, Barbara Young, driver of Plaintiff's car and a Plaintiff in the instant case, and Defendant Catherine Shore were both found not negligent in an intersection crossing collision where one of them had to run a traffic light. A Motion for New Trial filed by the Plaintiff was denied by the Superior Court. The Plaintiff filed an appeal and Plaintiff's Opening Brief was filed on March 28, 2008.

    Although estoppel applies to Barbara Young in this court, notwithstanding the appeal, it does not apply to Plaintiff Kathryn Vitale, whose case in this court has not been adjudicated and will not be affected by the State Court appeal since she was not a party to the State Court action nor was she in privity with any party there. Ms. Vitale's case for the wrongful death of her father will have to be tried regardless of the outcome of the Delaware appeal.

    Since Barbara Young's injuries and her negligence are not issues in the instant case, Ms. Vitale's trial will be short. The only witnesses will be Ms. Vitale, the Defendant, two police officers, Plaintiff's liability expert and one lay defense witness. That Donald Young's death was caused by the December 13, 2003 collision and trauma is stipulated and no medical witnesses will appear. All of Plaintiff's exhibits are to be admitted without objection.

    Therefore, Plaintiff Kathryn Vitale believes her case should be scheduled for trial in this court at its convenience.

The Honorable Joseph J. Farnan, Jr.
April 9, 2008
Page 2 of 2

      Arthur D. Kuhl, Esquire, on behalf of Plaintiff-Counter-claim Defendant Barbara Young, requests an opportunity to file a motion for summary judgment based upon the state court verdict. I believe that Plaintiff Kathryn Vitale will file a motion in limine in connection with the verdict as well, if the Court grants permission.

                                            Respectfully yours,

                                            /s/ William W. Erhart
                                            William W. Erhart

Xc: Louis B. Ferrara, Esquire (via efile)
     Arthur D. Kuhl, Esquire (via efile)
     Ronald Hartnett, Esquire (via efile)