# FERRARA HALEY BEVIS & COLLINS
## ATTORNEYS AT LAW

LOUIS B. FERRARA, P.A.  
JAMES J. HALEY, JR.  
ANTONIA S. BEVIS*  
PATRICK J. COLLINS*  

*ALSO ADMITTED IN PA

1716 WAWASET STREET  
P.O. BOX 188  
WILMINGTON, DELAWARE 19899  
(302) 656-7247    TELEPHONE  
(302) 656-8053    TELECOPIER

April 10, 2008

The Honorable Joseph J. Farnan, Jr.  
United States District Court  
844 North King Street  
Lock Box 27  
Wilmington, DE  19801

    Re:   Barbara Young and Kathyrn Vitale v. Catherine Shore  
           Case No. 05-822 JJF

Dear Judge Farnan:

      This is in follow up to Mr. Erhart's status letter to Your Honor dated April 9, 2008.

      It is Defendant's position that the collateral estoppel effect of the Superior Court judgment should be informed by the Restatement of Judgments Second §47 (attached).

Respectfully yours,

Louis B. Ferrara

LBF/kab  
Enclosure  
Xc:   William W. Erhart, Esquire  
       Arthur D. Kuhl, Esquire  
       Ronald Hartnett, Esquire