# FERRARA HALEY & COLLINS
### ATTORNEYS AT LAW

LOUIS B. FERRARA, P.A.
JAMES J. HALEY, JR.
PATRICK J. COLLINS*

*ALSO ADMITTED IN PA

1716 WAWASET STREET
P.O. BOX 188
WILMINGTON, DELAWARE 19899
(302) 656-7247    TELEPHONE
(302) 656-8053    TELECOPIER

May 7, 2008

The Honorable Joseph J. Farnan, Jr.
United States District Court
844 North King Street
Lock Box 27
Wilmington, DE 19801

Re:   Barbara Young and Kathyrn Vitale v. Catherine Shore
      Case No. 05-822 JJF

Dear Judge Farnan:

As a follow up to Mr. Erhart's status report of April 9, 2008, enclosed please find a copy of decedent's will probated in the State of New Jersey, County of Morris, Surrogate Court. Article V of the will documents that Plaintiff Kathryn M. Young-Vitale does have an interest in decedent's estate.

Restatement of Judgments Second §47 indicates that because of Plaintiff's beneficial interest in the decedent's estate, she would be collaterally estopped from relitigating questions of negligence due to the judgment in the Superior Court action against the estate.

In the Superior Court action, the jury found no negligence on the part of Defendant Catherine Shore. The Superior Court result is on appeal in the Delaware Supreme Court.

Respectfully submitted,

/s/ Louis B. Ferrara

Louis B. Ferrara

LBF/kab
Attachment
Xc:   William Erhart, Esquire