# UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

CHAMBERS OF
JOSEPH J. FARNAN, JR.
JUDGE

LOCKBOX 27
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6155

May 15, 2008

William W. Erhart, Esquire
William W. Erhart, P.A.
P. O. Box 234
Wilmington, DE 19801

Arthur D. Kuhl, Esquire
Reger Rizzo Kavulich & Darnall, LLP
1001 Jefferson Plaza, Suite 202
Wilmington, DE 19801

Louis B. Ferrara, Esquire
Ferrara, Haley, Bevis & Solomon
P. O. Box 188
Wilmington, DE 19899

RE:  Young, et al. v. Shore
     Civil Action No. 05-822 JJF

Dear Counsel:

Thank you for your recent letters concerning the above matter. As I understand your positions, Ms. Vitale contends that the Delaware Superior Court verdict in favor of Defendant has no effect on her claims pending in this Court. Ms. Vitale has requested that her claims be scheduled for trial.

Defendant, Catherine Shore, contends that applying the principles of the Restatement of Judgments Second §47, the verdict for Defendant in the Delaware Superior Court action bars Ms. Vitale's claims here.

If counsel agrees, I suggest the case proceed as follows: 1) The stay order now in place be lifted;  2) Trial be scheduled to commence on December 8, 2008 and a Pretrial Conference be held on November 6, 2008, at 1:00 p.m;  3) Defendant may file by June 13, 2008, a motion for summary judgment on the grounds that the claims are barred. Briefing may be by letter memoranda in accordance with the time frames provided by the local and federal rules.

William W. Erhart, Esquire
Louis B. Ferrara, Esquire
Arthur D. Kuhl, Esquire
May 15, 2008
Page 2

   Unless I hear from counsel before May 28, 2008, an order will be entered setting the above schedule.

            Sincerely,

            *[signature]*
            JOSEPH J. FARNAN, JR.

JJFjr:dk

cc: Clerk, U.S. District Court