IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BARBARA YOUNG, and <br> KATHRYN VITALE, <br><br> Plaintiffs, <br><br> v. <br><br> CATHERINE SHORE, <br><br> Defendant. | ) <br> ) <br> )    C.A. NO.: 1:05-cv-822 (JJF) <br> ) <br> ) <br> ) <br> )    TRIAL BY JURY DEMANDED <br> ) <br> ) <br> ) |

## COUNTERCLAIM DEFENDANT, BARBARA YOUNG'S, MOTION FOR SUMMARY JUDGMENT

Barbara Young (hereafter "Counterclaim Defendant Young") hereby moves for an Order granting Summary Judgment in favor of Counterclaim Defendant Young and against Defendant/Counterclaim Plaintiff, Catherine Shore.

The grounds for this motion are set forth in Barbara Young's Memorandum in Support of Motion for Summary Judgment, filed contemporaneously herewith.

                                                               REGER RIZZO & DARNALL LLP

                                                                */s/ Arthur D. Kuhl*
                                                                 Arthur D. Kuhl, Esquire
                                                                 Delaware State Bar I.D. No. 3405
                                                                 Ronald W. Hartnett, Jr., Esquire
                                                                 Delaware State Bar I.D. No. 4497
                                                                 1001 Jefferson Plaza, Suite 202
                                                                 Wilmington, DE 19801
                                                                 (302) 652-3611
                                                                 Attorney for Counterclaim Defendant Barbara Young

Dated: June 11, 2008

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| BARBARA YOUNG, and<br>KATHRYN VITALE, | )<br>)<br>) | |
| Plaintiffs, | )<br>) | C.A. NO.: 1:05-cv-822 (JJF) |
| v. | )<br>) | |
| CATHERINE SHORE, | )<br>)<br>) | TRIAL BY JURY DEMANDED |
| Defendant. | ) | |

## PROPOSED ORDER

Upon consideration of Counterclaim Defendant, Barbara Young's, Motion for Summary Judgment, and any responses thereto, it is hereby ORDERED that said Motion for Summary Judgment is GRANTED and the Counterclaim filed by Catherine Shore is DISMISSED with Prejudice on this _____ day of _____, 2008.

_____
The Honorable Joseph J. Farnan, Jr.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BARBARA YOUNG, and<br>KATHRYN VITALE,<br><br>    Plaintiffs,<br><br>v.<br><br>CATHERINE SHORE,<br><br>    Defendant. | C.A. NO.: 1:05-cv-822 (JJF)<br><br><br><br><br>TRIAL BY JURY DEMANDED |

## CERTIFICATE OF SERVICE

I, the undersigned, do hereby certify on this 11th day of June, 2008 that a true and correct copy of Counterclaim Plaintiff, Barbara Young's, Motion for Summary Judgment and Memorandum in Support of Motion for Summary Judgment have been served electronically to the following:

William W. Erhart, Esquire
William W. Erhart, P.A.
800 King Street, Suite 302
Wilmington, DE 19801

Louis F. Ferrara, Esquire
Ferrara, Haley, Bevis & Collins
1716 Wawaset Street
P.O. Box 188
Wilmington, DE 19899-0188

REGER RIZZO & DARNALL LLP

*/s/ Arthur D. Kuhl*
Arthur D. Kuhl, Esquire
Delaware State Bar I.D. No. 3405
Ronald W. Hartnett, Jr., Esquire
Delaware State Bar I.D. No. 4497
1001 Jefferson Plaza, Suite 202
Wilmington, DE 19801
(302) 652-3611
Attorney for Counterclaim Defendant Barbara Young

Dated:   June 11, 2008