**EXHIBIT E**

EFiled: Jun 15 2006 1:54[...]EDT
Transaction ID 11541929

IN THE SUPERIOR COURT OF THE STATE OF DELAWARE
IN AND FOR NEW CASTLE COUNTY

| | | |
|---|---|---|
| ANGELO CUONZO, ESQ. ADMINISTRATOR PENDENTE LITE FOR THE ESTATE OF DONALD A. YOUNG, | ) ) ) ) | |
| Plaintiff, | ) ) | C.A. NO. 05C-12-099-RRC |
| v. | ) ) | NON-ARBITRATION |
| CATHERINE L. SHORE, and BARBARA P. YOUNG, | ) ) ) ) | TRIAL BY JURY OF TWELVE DEMANDED |
| Defendants. | ) | |

### BARBARA P. YOUNG'S ANSWER TO CROSSCLAIM

21. No response required.

22. Denied.

23. Denied.

WHEREFORE, answering defendant demands judgment in her favor plus costs.

MICHAEL A. PEDICONE, P.A.

By: _/s/ Michael A. Pedicone_
Michael A. Pedicone, Esquire (No. 2424)
109 W. 7th Street
P.O. Box 1395
Wilmington, DE 19899
(302) 652-7850
Attorney for Defendant Young

Dated: June 15, 2006