**EXHIBIT F**

## IN THE SUPERIOR COURT OF THE STATE OF DELAWARE

## IN AND FOR NEW CASTLE COUNTY

| | | |
|---|---|---|
| ANGELO CUONZO, ESQ., ADMINISTRATOR 099 RRC PENDENTE LITE FOR THE ESTATE OF DONALD A. YOUNG, CASE | ) ) ) ) ) | C.A. No.: 05C-12- NON-ARBITRATION |
| Plaintiff, | ) ) | TRIAL BY JURY OF TWELVE DEMANDED |
| v. | ) ) | |
| CATHERINE L. SHORE AND BARBARA P. YOUNG, | ) ) ) | |
| Defendants, | ) | |

### VERDICT SHEET

1. Do you find that Defendant Catherine L. Shore was negligent?

　　　　　　　Yes　　　　　　　　　　　　　X　　No

2. Do you find that the negligence of Catherine L. Shore was a proximate cause of injury to Donald A. Young? If your answer to Question 1 was "NO," then the answer to this Question (2) must also be "NO."

　　　　　　　Yes　　　　　　　　　　　　　X　　No

3. Do you find that Defendant Barbara Young was negligent?

　　　　　　　Yes　　　　　　　　　　　　　X　　No

If your answer is ___
Question 5.

5. Apportion the amount of negligence among the parties that you have found to have been negligent. If you find that a party was not negligent or did not proximately cause the injury, that party must be assigned 0%. The assigned percentages must total 100%.

Catherine Shore ___ %

Barbara Young ___ %

6. State the full amount of your award of damages to the Estate of Donald Young.

$ ___

___6/20/07___  ___[signature]___
Date                Foreperson

29