IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| Barbara Young<br>and Kathryn Vitale | : | Case No.: 05-822 JJF |
| Plaintiffs, | : | TRIAL BY JURY DEMANDED |
| v. | : | |
| Catherine Shore | : | |
| Defendant. | : | |

## ANSWERING BRIEF OF DEFENDANT CATHERINE SHORE

In response to Barbara V. Young's Motion for Summary Judgment, Defendant Shore agrees that the issue of Barbara Young's and Catherine Shore's comparative negligence was fully and fairly litigated in the Superior Court case. The parties' negligence should not be relitigated by these same parties in the U.S. District Court. (See Shore's pending Summary Judgment Motion.)

WHEREFORE, Defendant Shore respectfully requests that this Court enter an order precluding Barbara Young and Catherine Shore from litigating the issue of each other's negligence and adopting the "no liability" judgment of the Delaware Superior Court.

FERRARA, HALEY & COLLINS

/s/ Louis B. Ferrara
Louis B. Ferrara (I.D. #146)
1716 Wawaset Street
P.O. Box 188
Wilmington, DE  19899-0188
(302) 656-7247
(302) 656-8053
lferrara@ferraralaw.net
Attorney for Defendant Catherine Shore

Dated:  June 26, 2008