IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| Barbara Young and Kathryn Vitale | : | Case No.: 05-822 JJF |
| Plaintiffs, | : | TRIAL BY JURY DEMANDED |
| v. | : | |
| Catherine Shore | : | |
| Defendant. | : | |

## SUBSTITUTION OF COUNSEL

To the Clerk of the Court:

Kindly substitute James J. Haley, Jr., Esquire as counsel for Defendant, Catherine Shore in the above-captioned matter and withdraw the appearance of Patrick J. Collins, Esquire as counsel for Catherine Shore.

/s/ Patrick J. Collins #4692

Patrick J. Collins, Esquire
Ferrara, Haley & Collins
1716 Wawaset Street
Wilmington, DE 19899

/s/ James J. Haley #2997

James J. Haley, Jr., Esquire
Ferrara, Haley & Collins
1716 Wawaset Street
Wilmington, DE 19899