IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BARBARA YOUNG, and<br>KATHRYN VITALE,<br><br>    Plaintiffs,<br><br>v.<br><br>CATHERINE SHORE,<br><br>    Defendant. | C.A. NO.: 1:05-cv-822 (JJF)<br><br>TRIAL BY JURY DEMANDED |

**COUNTERCLAIM DEFENDANT, BARBARA YOUNG'S, REPLY
<u>BRIEF IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT</u>**

Barbara Young (hereafter"Counterclaim Defendant Young"), having received no opposition to the Motion for Summary Judgment regarding the counterclaim filed by Defendant, Catherine Shore, hereby requests that said Motion for Summary Judgment be deemed unopposed and granted as a matter of law.

The granting of said Motion in no relates to the underlying claims made by Plaintiffs, Barbara Young and/or Kathryn Vitale, in their capacities as plaintiffs. Said request is only directed toward the counterclaim complaint filed by Defendant, Catherine Shore.

Counterclaim Defendant Young reiterates the grounds and arguments set forth in the Memorandum in Support of Motion for Summary Judgment, as though fully stated herein.

                              REGER RIZZO & DARNALL LLP

                              */s/ Arthur D. Kuhl*
                              Arthur D. Kuhl, Esquire
                              Delaware State Bar I.D. No. 3405
                              Ronald W. Hartnett, Jr., Esquire
                              Delaware State Bar I.D. No. 4497
                              1001 Jefferson Plaza, Suite 202
                              Wilmington, DE 19801
                              (302) 652-3611
                              Attorney for Counterclaim Defendant Barbara Young

DATED: July 3, 2008

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BARBARA YOUNG, and<br>KATHRYN VITALE,<br><br>　　Plaintiffs,<br><br>v.<br><br>CATHERINE SHORE,<br><br>　　Defendant. | )<br>)<br>) C.A. NO.: 1:05-cv-822 (JJF)<br>)<br>)<br>)<br>) TRIAL BY JURY DEMANDED<br>)<br>)<br>) |

### CERTIFICATE OF SERVICE

I, the undersigned, do hereby certify on this 3rd day of July, 2008 that a true and correct copy of Counterclaim Plaintiff, Barbara Young's, Brief in Support of Motion for Summary Judgment have been served electronically to the following:

| | |
|---|---|
| William W. Erhart, Esquire<br>William W. Erhart, P.A.<br>800 King Street, Suite 302<br>Wilmington, DE 19801 | Louis F. Ferrara, Esquire<br>Ferrara, Haley, Bevis & Collins<br>1716 Wawaset Street<br>P.O. Box 188<br>Wilmington, DE 19899-0188 |

REGER RIZZO & DARNALL LLP

　/s/ Arthur D. Kuhl
Arthur D. Kuhl, Esquire
Delaware State Bar I.D. No. 3405
Ronald W. Hartnett, Jr., Esquire
Delaware State Bar I.D. No. 4497
1001 Jefferson Plaza, Suite 202
Wilmington, DE 19801
(302) 652-3611
Attorney for Counterclaim Defendant Barbara Young

Dated:　July 3, 2008