## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| Barbara Young<br>and Kathryn Vitale | : | Case No.:  05-822 JJF |
| | : | |
| Plaintiffs, | : | TRIAL BY JURY DEMANDED |
| | : | |
| v. | : | |
| | : | |
| Catherine Shore | : | |
| | : | |
| Defendant. | : | |

### DEFENDANT SHORE'S REPLY TO PLAINTIFFS' RESPONSE

In reply to plaintiffs' response to defendant Shore's motion for summary judgment, defendant has forwarded the attached request to plaintiffs' counsel (Exhibit A) so that all material facts regarding decedent's Will can be clarified for the Court's consideration.  Upon receipt of clarification from plaintiffs regarding decedent's probated Will, no material facts will be in dispute and the Court may resolve the question as a matter of law.  Restatement (Second) of Judgments provides the applicable law.

FERRARA & HALEY

/s/ Louis B. Ferrara
Louis B. Ferrara (I.D. #146)
1716 Wawaset Street
P.O. Box 188
Wilmington, DE  19899-0188
(302) 656-7247
lferrara@ferraralaw.net
Attorney for Defendant

Dated:  July 17, 2008

EXHIBIT A

July 16, 2008

William W. Erhart, Esquire
800 King Street, Suite 302
Wilmington, DE 19801

       Re:    **Barbara Young & Kathryn Vitale v. Catherine Shore**
             **U.S. District Court Case No.:  05-822**

Dear Bill:

       Enclosed please find a complete copy of the probate file from the Morris County, NJ, Surrogate Court for the Estate of Donald A. Young.  Please have your client Barbara Young review and advise whether she acknowledges probating this Will, as the named executrix. If she is relying on a copy of decedent's Will that differs in any way, please advise.

                       Very truly yours,

                       Louis B. Ferrara

LBF/rsh
Enclosure