IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| Barbara Young<br>and Kathryn Vitale | : : : | |
| Plaintiffs, | : : | C.A. No. 1:05-cv-822 (JJF) |
| v. | : : | |
| Catherine Shore | : : | |
| Defendant/Counter-Claimant | : : | |
| v. | : : | |
| Barbara Young | : : | |
| Counter-Defendant | : | |

**CERTIFICATE OF SERVICE**

This will certify that a copy of Plaintiffs' Kathryn Vitale's Motion to Strike has been served by William W. Erhart, Esquire upon the following counsel on July 24, 2008.

VIA FIRST CLASS MAIL

James A. Haley, Esquire
Ferrara, Haley, Bevis & Collins
1716 Wawaset Street
PO Box 188
Wilmington, DE 19899-0188

Arthur Kuhl, Esquire
Reger Rizzo Kavulich & Darnall, LLP
1001 Jefferson Plaza Suite 202
Wilmington, DE 19801

                                          WILLIAM W. ERHART, P.A.

                                          /s/ William W. Erhart
                                          William W. Erhart, (#2116)
                                          800 King Street, Suite 302
                                          Wilmington, DE 19801
                                          (302) 651-0113
                                          Attorney for Plaintiffs