IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| Barbara Young and Kathryn Vitale | : : : | Case No.: 05-822 JJF |
| Plaintiffs, | : : | TRIAL BY JURY DEMANDED |
| v. | : : | |
| Catherine Shore | : : | |
| Defendant. | : | |

**DEFENDANT SHORE'S OPPOSITION TO PLAINTIFF KATHRYN VITALE'S MOTION TO STRIKE**

In opposition to Plaintiff Kathryn Vitale's Motion to Strike, Defendant Shore states as follows:

1. Plaintiffs have avoided acknowledging that there are no material facts in dispute by refusing to acknowledge decedent's probated Will, which identifies Plaintiff Barbara Young as executrix and Plaintiff Kathryn Vitale as a beneficiary.

2. Defendant Shore has attempted to overcome this avoidance by forwarding the entire probate file to plaintiffs' counsel and asking whether plaintiffs are relying on any Will other than the one probated. (See correspondence attached hereto.)

3. The parties have a duty to clarify any facts and disputes so that a trial is required for only disputed facts. Whether or not the plaintiffs have relied on any Will other than the one probated would not appear to be a good-faith basis for a jury trial, given counsels' professional obligations. (See Rule of Professional Conduct 3.1: "A lawyer should not bring or defend a proceeding, or assert or controvert an issue therein, unless there is a basis in law and fact for doing so that is not frivolous...", and Rule 3.2:

"A lawyer should make reasonable efforts to expedite litigation consistent with the interests of the client.")

4. Defendant Shore stands by her request to plaintiffs to acknowledge decedent's probated Will, which Will names plaintiffs as executrix and beneficiary, so that the Court may rule as a matter of law.

WHEREFORE, Defendant respectfully requests the Court to enter an Order denying Plaintiff's Motion to Strike.

FERRARA & HALEY

/s/ Louis B. Ferrara
Louis B. Ferrara (I.D. #146)
1716 Wawaset Street
P.O. Box 188
Wilmington, DE  19899-0188
(302) 656-7247
lferrara@ferraralaw.net
Attorney for Defendant

Dated: August 7, 2008

IT IS SO ORDERED this _____ day of _____, 2008.

_____
        J.

July 16, 2008

William W. Erhart, Esquire
800 King Street, Suite 302
Wilmington, DE  19801

      Re:    **Barbara Young & Kathryn Vitale v. Catherine Shore**
              <u>**U.S. District Court Case No.:  05-822**</u>

Dear Bill:

      Enclosed please find a complete copy of the probate file from the Morris County, NJ, Surrogate Court for the Estate of Donald A. Young.  Please have your client Barbara Young review and advise whether she acknowledges probating this Will, as the named executrix. If she is relying on a copy of decedent's Will that differs in any way, please advise.

                                  Very truly yours,

                                    Louis B. Ferrara

LBF/rsh
Enclosure