**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| Barbara Young | : | |
| and Kathryn Vitale | : | |
| | : | |
| Plaintiffs, | : | C.A. No. 1:05-cv-822 (JJF) |
| | : | |
| v. | : | TRIAL BY JURY DEMANDED |
| | : | |
| Catherine Shore | : | |
| | : | |
| Defendant. | : | |

**NOTICE OF ADDRESS CHANGE**

PLEASE TAKE NOTICE that the address for Plaintiff counsel has changed. The new contact information for William W. Erhart is as follows:

William W. Erhart
William W. Erhart, P.A.
800 King Street
Suite 303
Wilmington, DE 19801
(302) 651-0113 (Telephone)
(302) 651-0331 (Facsimile)
Erhart@erhartlaw.com


WILLIAM W. ERHART, P.A.

*/s/ William W. Erhart*
William W. Erhart, Esq. (ID#2116)
800 King Street, Suite 303
Wilmington, DE 19801
(302) 651-0113 (Telephone)
(302) 651-0331 (Facsimile)
Erhart@erhartlaw.com

Date: August 8, 2008

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| Barbara Young<br> and Kathryn Vitale | : | |
| | : | |
| Plaintiffs, | : | C.A. No. 1:05-cv-822 (JJF) |
| | : | |
| v. | : | TRIAL BY JURY DEMANDED |
| | : | |
| Catherine Shore | : | |
| | : | |
| Defendant. | : | |

**CERTIFICATE OF SERVICE**

I, William W. Erhart, hereby certify that on August 8, 2008, I caused to be served two copies of the attached Notice of Address Change in the following manner upon all parties identified below:

VIA EMAIL

Louis B. Ferrara, Esquire
Ferrara, Haley, Bevis & Collins
1716 Wawaset Street
PO Box 188
Wilmington, DE 19899-0188

Arthur D. Kuhl, Esquire
Reger, Rizzo, Kavulich & Darnall, LLP
1001 N Jefferson Street, Suite 202
Wilmington, DE 19801

                                            WILLIAM W. ERHART, P.A.

                                            */s/ William W. Erhart*
                                            William W. Erhart, Esq. (ID#2116)
                                            800 King Street, Suite 303
                                            Wilmington, DE 19801
                                            (302) 651-0113 (Telephone)
                                            (302) 651-0331 (Facsimile)
                                            Erhart@erhartlaw.com