IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| Barbara Young | : | |
| and Kathryn Vitale | : | |
|     Plaintiffs, | : | C.A. No. 1:05-cv-822 (JJF) |
| v. | : | |
| Catherine Shore | : | |
|     Defendant/Counter-Claimant | : | |
| v. | : | |
| Barbara Young | : | |
|     Counter-Defendant | : | |

### PLAINTIFF KATHRYN VITALE'S RESPONSE

Plaintiff Kathryn Vitale hereby responds to Defendant Shore's Answer to the Motion to Strike as follows:

Defendant Shore does not address the substance of Plaintiff Kathryn Vitale's Motion to Strike.

Defendant Shore continues to treat Barbara Young and Kathryn Vitale as if they were one person which is the essence of its original Motion.

No further response is required.

WHEREFORE, Plaintiff Kathryn Vitale respectfully requests the Court to enter an Order granting her Motion to Strike.

Respectfully submitted,

WILLIAM W. ERHART, P.A.

By: /s/ William W. Erhart
William W. Erhart, Esquire, #2116
800 King Street, Suite 302
Wilmington, DE 19801
(302) 651-0113
(302) 651-0331 (facsimile)
Erhart@erhartlaw.com
Attorney for Plaintiffs

Dated: August 19, 2008